# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-02456-1

Case title: USA v. Salinas  
Other court case number: CR521-0009-24 Southern District of Georgia / Waycross Division

Date Filed: 11/17/2021  
Date Terminated: 12/01/2021

Assigned to: Magistrate Judge Christopher dos Santos

**Defendant (1)**

**Carla Yvonne Salinas**  
*TERMINATED: 12/01/2021*

represented by **Adriana Arce-Flores**  
Law Office of Adriana Arce-Flores  
1016 Juarez Avenue  
Laredo, TX 78040  
956-723-6008  
Fax: 956-723-6003  
Email: judgeaaf@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Financial Litigation**  
U S Attorney's Office  
Southern District of Texas  
1000 Louisiana St

Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2021 | 1 | ARREST WARRANT issued 10/06/2021. Returned Executed on 11/17/2021 in case as to Carla Yvonne Salinas. Document restricted from PACER under privacy policy, filed. (Attachments: # 1 INDICTMENT)(mlramirez, 5) (Entered: 11/17/2021) |
| 11/17/2021 |  | Laredo-Notice of Setting as to Carla Yvonne Salinas. Initial Appearance on Warrant for Arrest Re: Indictment from Southern District of Georgia / Waycross Division set for 11/18/2021 at 01:41 PM in Courtroom 3C before Magistrate Judge Christopher dos Santos, filed.(mlramirez, 5) (Entered: 11/17/2021) |
| 11/18/2021 |  | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos. INITIAL APPEARANCE on Warrant on Arrest on Indictment as to Carla Yvonne Salinas held on 11/18/2021. Defendant advised of charge(s) and rights. Financial Affidavit executed. Order of Temporary Detention Pending Hearing. No bond set. Court issued oral order regarding prosecutorial obligations under Rule 5(f) and Rule 12.4. Defendant sworn in. FPD appeared via Zoom. Defendant advised that she has retained the services of Sergio Lozano. A notice of appearance is pending. Appearances: Aaron Robert Petters AUSA; FPD Raul Guerra (on duty); USPO: Luis Garcia/ Cristina Barrera; USM: Deputy Camarillo. (Opened/Adjourned: 1:44 PM - 1:55 PM) (ERO: Emmanuel Garcia) (Interpreter: Juanita Zambrana, not used) Defendant remanded to custody. (CindyMiranda, 5) (Entered: 11/18/2021) |
| 11/18/2021 | 2 | Sealed Financial Affidavit CJA 23 by Carla Yvonne Salinas, filed. (mlramirez, 5). (Entered: 11/18/2021) |
| 11/18/2021 | 3 | BRADY AND FINANCIAL DISCLOSURE ORDER on Rule 5(f) and Rule 12.4 as to Carla Yvonne Salinas. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (CindyMiranda, 5) (Entered: 11/18/2021) |
| 11/18/2021 | 4 | Order of Temporary Detention Pending Hearing as to Carla Yvonne Salinas. Detention Hearing set for 11/24/2021 at 03:00 PM before Magistrate Judge Christopher dos Santos. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (CindyMiranda, 5) (Entered: 11/18/2021) |
| 11/18/2021 | 5 | NOTICE of Setting as to Carla Yvonne Salinas. Parties notified. Identity and Detention Hearing set for 11/24/2021 at 03:00 PM in by video before Magistrate Judge Christopher dos Santos, filed. (CindyMirandaadi2, 5) (Entered: 11/18/2021) |
| 11/22/2021 | 6 | NOTICE of Resetting as to Carla Yvonne Salinas. Parties notified. Identity and Detention Hearing reset for 11/24/2021 at 11:30 AM in by video before Magistrate Judge Christopher dos Santos, filed. (CindyMiranda, 5) (Entered: 11/22/2021) |
| 11/23/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Adriana Arce-Flores appearing for Carla Yvonne Salinas , filed.(Arce-Flores, Adriana) (Entered: 11/23/2021) |
| 11/23/2021 | 8 | MOTION to Continue Identity and Detention Hearing by Carla Yvonne Salinas, filed. (Attachments: # 1 Proposed Order)(Arce-Flores, Adriana) (Entered: 11/23/2021) |

| | | |
|---|---|---|
| 11/23/2021 | 9 | ORDER granting 8 Motion to Continue as to Carla Yvonne Salinas (1) Identity and Detention Hearing set for 12/2/2021 at 03:00 PM in by video before Magistrate Judge Christopher dos Santos.(Signed by Magistrate Judge Christopher dos Santos.) Parties notified.(mxperez, 5) (Entered: 11/23/2021) |
| 11/24/2021 | 10 | Pretrial Services Report (Sealed) as to Carla Yvonne Salinas. **NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing**, filed. (DianaADiaz, 5) (Entered: 11/24/2021) |
| 11/29/2021 | 11 | NOTICE of Resetting as to Carla Yvonne Salinas. Parties notified. Identity and Detention Hearing reset for 11/30/2021 at 03:00 PM in by video before Magistrate Judge Christopher dos Santos, filed. (CindyMirandaadi, 5) (Entered: 11/29/2021) |
| 11/29/2021 | 12 | WAIVER of Rule 5 & 5.1 Hearings by Carla Yvonne Salinas, filed.(Arce-Flores, Adriana) (Entered: 11/29/2021) |
| 11/29/2021 | 13 | ** Disregard entered in error ** Modified on 12/1/2021 (mxperez, 5). (Entered: 11/29/2021) |
| 11/29/2021 | 14 | NOTICE OF SETTING as to Carla Yvonne Salinas. Detention Hearing set for 11/30/2021 at 03:00 PM in by video before Magistrate Judge Christopher dos Santos, filed. (mxperez, 5) (Entered: 11/29/2021) |
| 11/30/2021 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: DETENTION HEARING as to Carla Yvonne Salinas held on 11/30/2021. Defendant consented to proceeding by video conference. Defendant sworn in and consented to Video Conference. Defense announced that AUSA in Georgia is not opposed to a bond. Government is agreeing to a 75k bond, with a deposit and a co-surety. Defense is in agreement. The Court will issue out a bond; Order to be issued. Appearances: Adam Esquire Harper, AUSA; Adriana Arce-Flores f/Defendant; USPO: Luis Garcia ; USM: Deputy Rios. (In Court Time: 2:30-2:35) (ERO: Emmanuel Garcia) (Interpreter: Juanita Zambrana/not used) Deft remanded to custody. (CindyMirandaadi, 5) (Entered: 11/30/2021) |
| 12/01/2021 | 15 | ORDER as to Carla Yvonne Salinas.The Court, having considered the Probation Report and the Government no longer seeking detention, is of the opinion and hereby orders that the defendants bond be set at $75,000.00 secured with a $1,000 cash deposit and one co-surety approved by the U.S. Probation Office, along with the additional bond conditions as set out by Probation Services. ( Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mxperez, 5) (Entered: 12/01/2021) |
| 12/01/2021 | 16 | COMMITMENT TO ANOTHER DISTRICT as to Carla Yvonne Salinas. Defendant committed to SOUTHERN DISTRICT OF GEORGIA, WAYCROSS DIVISION.Current bond status: A bond was approved for defendant, pending conditions. ( Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mxperez, 5) (Entered: 12/01/2021) |
| 12/02/2021 | 17 | Receipt received by dUSM as to Carla Yvonne Salinas re 16 Commitment to Another District,, filed.(mxperez, 5) (Entered: 12/02/2021) |
| 12/02/2021 | 18 | RULE 5 Papers sent to S/D of GA, Waycross Division Division as to Carla Yvonne Salinas, filed.(mxperez, 5) (Additional attachment(s) added on 12/2/2021: # 1 response) (mxperez, 5). (Entered: 12/02/2021) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 12/03/2021 11:37:14 | | | |
| **PACER Login:** | jburrell:5125239:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:21-mj-02456 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 5:21−mj−02456 |
| Carla Yvonne Salinas | § | |

## BRADY AND FINANCIAL DISCLOSURE ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), the Government is hereby ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Furthermore, the Government is reminded that there are potential consequences, to include sanctions, for violating this Order.

In accordance with Federal Rule of Criminal Procedure 12.4, the parties are ORDERED to file a Certificate of Interested Persons identifying any nongovernmental corporate party or organizational victim with financial interest in the outcome of this litigation within 28 days after the defendant's initial appearance and promptly file a later statement if any required information under Rule 12.4(a) changes.

IT IS SO ORDERED.

**SIGNED** on November 18, 2021, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Carla Yvonne Salinas
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:21−mj−02456

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for November 24, 2021 at 03:00 PM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

*[signature]*

Christopher dos Santos
United States Magistrate Judge

Date: **November 18, 2021**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                            Case Number: 5:21−mj−02456

Carla Yvonne Salinas

## Notice of Setting

**A proceeding has been set in this case as to Carla Yvonne Salinas as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
by video

**DATE:** 11/24/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Identity and Detention Hearing

Date:   November 18, 2021                                                 Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                   Case Number: 5:21–mj–02456

Carla Yvonne Salinas

## Notice of Resetting

**A proceeding has been reset in this case as to Carla Yvonne Salinas as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
by video

**DATE:** 11/24/2021

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Identity and Detention Hearing

Date:  November 22, 2021                                             Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | L-21-MJ-02456 |
| CARLA YVONNE SALINAS | * | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Now comes Adriana Arce-Flores and hereby files this appearance as attorney of record for Carla Yvonne Salinas, Defendant. The Defendant hereby consents to Attorney Adriana Arce Flores' appearance as attorney of record in Criminal Cause No.21-MJ-02456.

    Respectfully submitted,

By: /s/ *Adriana Arce-Flores*
ADRIANA ARCE-FLORES
Texas State Bar Number 01284525
Southern District of Texas No.12173
1016 Juarez Ave.
Laredo, Texas 78040
Telephone: 956/723-6008
Fax: 956/723-6003

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of November, 2021, a copy of the foregoing motion was delivered to the Assistant United States Attorney at her/his office in Laredo, Texas via DC CM/ECF e-filing.

/s/ *Adriana Arce-Flores*
Adriana Arce-Flores

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 5:21-MJ-02456 |
| VS. | § | |
| | § | |
| CARLA YVONNE SALINAS | § | |

**MOTION TO CONTINUE DEFENDANT'S
IDENTITY AND DENTENTION HEARING**

NOW COMES DEFENDANT, Carla Yvonne Salinas, through her attorney Adriana Arce-Flores and files this Motion to Continue Defendant's Identity and Detention Hearing and in support would show:

**I.**

Procedural Background/Speedy Trial Implications

The defendant is by indictment with Conspiracy to commit mail fraud, Conspiracy to Engage in forced labor, Forced labor, Conspiracy to commit money laundering, and aiding and abetting, in violation of Title 18, United States Code, Sections 1349, 1341, 1594, 1889, 1956 (h), and Section 2. Defendant Carla Yvonne Salinas is scheduled for an Identity and Detention Hearing on November 24, 2021 at 11:30 a.m. before the Honorable Court.

**II.**

The Defendant, Carla Yvonne Salinas has recently retained Counsel to assist in the Identity and Detention hearing and is asking for additional time to prepare for her hearings. Counsel is requesting that the Court continue the hearings for December 2, 2021.

**III.**

CONFERENCE WITH ASSISTANT UNITED STATES ATTORNEY

Counsel attempted to confer with the Assistant United States Attorney, but no attorney

has been assigned to this case. Therefore, Counsel was unable to discuss this motion and continuance prior to the filing of said motion.

For the foregoing reasons, counsel would request the court grant the continuance requested herein, and reset the defendant's Identity and Detention Hearing until December 2, 2021.

Respectfully submitted,

By: /s/ Adriana Arce-Flores
ADRIANA ARCE-FLORES
Texas State Bar Number 01284525
Southern District of Texas No. 12173
1016 Juarez Avenue
Laredo, Texas 78040
Telephone: 956/723-6008
Fax: 956/723-6003

## CERTIFICATE OF SERVICE

I hereby certify that on this the day 23rd of November, 2021, a copy of the foregoing Motion was delivered to the Assistant United States Attorney assigned, at his/her office at Laredo, Texas via DC CM/ECF e-filing.

By: /s/ Adriana Arce-Flores
ADRIANA ARCE-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 5:21-MJ-02456 |
| CARLA YVONNE SALINAS | § | |

## **O R D E R**

On this the _____day of_____, came to be heard the Defendant's Motion to Continue Identity and Detention Hearing and the Court is of the opinion that it should be

_____ GRANTED

_____ DENIED.

The date for the Identity and Detention Hearing is as follows:

_____

Done at Laredo, Texas on _____.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 5:21-MJ-02456 |
| CARLA YVONNE SALINAS | § | |

**O R D E R**

On this the 23rd day of November, came to be heard the Defendant's Motion to Continue Identity and Detention Hearing and the Court is of the opinion that it should be:

GRANTED, The date for the Identity and Detention Hearing is re-set for 12/02/2021 at 3:00 PM before U.S. Magistrate Judge dos Santos

Done at Laredo, Texas on November 23, 2021 .

_____
UNITED STATES MAGISTRATE JUDGE
CHRISTOPHER DOS SANTOS

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 5:21–mj–02456

Carla Yvonne Salinas

## Notice of Resetting

**A proceeding has been reset in this case as to Carla Yvonne Salinas as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
by video

**DATE:** 11/30/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Identity and Detention Hearing

Date:  November 29, 2021                                          Nathan Ochsner, Clerk

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

\_\_\_Southern District of Texas\_\_

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-MJ-02456 |
| | ) | |
| Carla Yvonne Salinas | ) | Charging District's Case No.  5:21-CR-00009-24 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Georgia, Waycross Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Nov. 29, 2021

Carla Yvonne Salinas w/ permission
*Defendant's signature*

*Signature of defendant's attorney*

Adriana Arce-Flores
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | 5:21-MJ-2456-1 |
| CARLA YVONNE SALINAS | § | |

## ORDER

The Court, having considered the "Probation Report" and the Government no longer seeking detention, is of the opinion and hereby orders that the defendant's bond be set at $75,000.00 secured with a $1,000 cash deposit and one co-surety approved by the U.S. Probation Office, along with the additional bond conditions as set out by Probation Services.

The Defendant must not violate federal, state or local law while on bond. Pretrial supervision will occur in Laredo, Texas. Travel is restricted to Laredo, Texas. Travel to Savannah, Georgia is permitted for Court-related matters. Travel outside of the U.S. is not authorized. The Defendant must maintain or actively seek employment, and provide proof to the U.S. Probation Office.

The Defendant is to refrain from use or unlawful possession of narcotic drugs or other controlled substances unless prescribed by a licensed medical practitioner, must submit to any alcohol/drug testing, and participate in a program of inpatient or outpatient substance abuse therapy and counseling, as directed by the U. S. Probation Office. Defendant must refrain for excessive use of alcohol.

The Defendant must refrain from possessing a firearm, destructive device, or other dangerous weapon. The Defendant must report contact with law enforcement. The Defendant shall not associate with any person engaging in criminal activities or who has been charged with

or convicted of a felony offense, or who has been released on bail, probation, or parole. The Defendant shall avoid all contact with co-defendant, victims, potential victims, and/or material witnesses. The Defendant shall follow all the instructions of the supervising officer, including the U.S. Probation Officer in Laredo, Texas if supervised elsewhere.

This is the least restrictive combination of conditions that will reasonably assure the appearances of the Defendant and the safety of the community as required by Title 18, United States Code, § 3142(c)(1)(B).

Defendant is hereby instructed to comply with all terms and conditions set forth in the Court's Order of Release. Any violation of those terms and conditions will result in the punishment outlined in the Order of Release.

IT IS SO ORDERED.

DONE at Laredo, Texas, this the 1st day of December, 2021.

_____
CHRISTOPHER DOS SANTOS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Southern    District of    Texas

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| v. | DISTRICT |
| CARLA YVONNE SALINAS | |

| DOCKET NUMBER | MAGISTRATE JUDGE CASE NUMBER |
|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | **Southern District of Georgia** <br> **Waycross Division** <br> **5:21-cr-9-24** | **Southern District of Texas** <br> **Laredo Division** <br> **5:21-mj-02456** | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  ✔ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)    ☐ Petition Conditions of Release

**charging a violation of**    18    **U.S.C. §**    1349

**DISTRICT OF OFFENSE:**
SOUTHERN DISTRICT OF GEORGIA, WAYCROSS DIVISION

**DESCRIPTION OF CHARGES:**

Wire Fraud.

**CURRENT BOND STATUS:**

☒ A bond was approved for defendant, conditions pending.
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)    Defendant waivers all hearings in the SDTX-Laredo Division.

| **Representation:** ✔ | Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
| **Interpreter Required?** | No | | **Language:** English | |

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

   December 1, 2021    _/s/ signature_
   Date    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Southern | District of | Texas |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARLA YVONNE SALINAS |  | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>**Southern District of Georgia**<br>**Waycross Division**<br>5:21-cr-9-24 | District of Arrest<br>**Southern District of Texas**<br>**Laredo Division**<br>5:21-mj-02456 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

✔ Indictment ☐ Information ☐ Complaint ☐ Other (specify) ☐ Petition Conditions of Release

charging a violation of 18 U.S.C. § 1349

**U.S. MARSHAL'S OFFICE**
BY: [signature]
DATE: 12-2-2021
TIME: 8:17am

**DISTRICT OF OFFENSE:**
SOUTHERN DISTRICT OF GEORGIA, WAYCROSS DIVISION

**DESCRIPTION OF CHARGES:**

Wire Fraud.

**CURRENT BOND STATUS:**

☒ A bond was approved for defendant, conditions pending.
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify) Defendant waivers all hearings in the SDTX-Laredo Division.

**Representation:** ✔ Retained Own Counsel ☐ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** No **Language:** English

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 1, 2021
Date

[signature]
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |