IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff | ) |
| vs. | )  CASE NUMBER :   CR521-9-24 |
| Carla Yvonne Salinas | ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Carla Yvonne Salinas__ has deposited with the Court the sum of $ __1000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __10th__ day of __March__, __2022__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By : _____

Deputy Clerk

(Rev. 03/20)