IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9-24 |
| CARLA YVONNE SALINAS, | |
| Defendant. | |

**O R D E R**

    This matter is before the Court on Defendant Carla Yvonne Salinas's Motion to Withdraw Motion to Appear Via Video. Doc. 703. This matter is currently scheduled for a hearing on the Motion for Identification of the Specific Documents, doc. 549, on August 16, 2023 at 10:00 a.m. in Courtroom 3 of the Brunswick Federal Courthouse. The Motion for Identification of the Specific Documents was filed by co-Defendant Brett Donavan Bussey on March 10, 2023, doc. 549, and was joined in by Defendant Carla Yvonne Salinas during a telephonic status call set in the case on April 28, 2023. Doc. 568. Defense counsel states in his motion that he does not have any "announcement" pertaining to the motion, doc. 549, and therefore, seeks to Withdraw the Motion to Appear Via Video. Doc. 703. Defense counsel seeks to be excused from the hearing on August 16, 2023. The Court construes this request to mean Defendant Carla Yvonne Salinas has no argument in the Defendant Bussey's Motion for Identification of Specific Documents. Doc. 549.

    After careful consideration and for good cause shown, Defendant Carla Yvonne Salinas's Motion to Withdraw Motion to Appear Via Video, doc. 703, is **GRANTED**. It is hereby **ORDERED** that the Motion for Identification of the Specific Documents, doc. 549 will remain

pending as it relates to Defendant Carla Yvonne Salinas.  Defense Counsel Dennis A. O'Brien, Jr. is not required to attend the hearing set for August 16, 2023.[1]

**SO ORDERED**, this 15th day of August, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As explained during the telephonic status call on June 2, 2023, Defendants themselves are excused from attending the August 16, 2023 hearing.